**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00809-CV

---

### IN RE FINGER CONSTRUCTION COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-44157**

---

## MEMORANDUM OPINION

On October 10, 2014, relator Finger Construction Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate an order granting the real parties in interest's motion for spoliation remedies, an order denying relator's motion for reconsideration of the same, and an order

granting the real parties in interest's no-evidence motion for partial summary judgment and motion to strike relator's third-party claims.

Relator has not satisfied its burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.